**THEODORE R. LARSEN**
IDAHO STATE BAR NO. 8193
**KIMBERLY L. WILLIAMS**
IDAHO STATE BAR NO. 8893
**WILLIAMS, MESERVY & LARSEN, LLP**
Attorneys at Law
153 East Main Street
P. O. Box 168
Jerome, Idaho 83338
Telephone: (208) 324-2303
Facsimile: (208) 324-3135
trlarsen@wmlattys.com
klwilliams@wmlattys.com

Attorneys for Plaintiff, Cory Clifton

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CORY CLIFTON, an individual,<br><br>　　　Plaintiff,<br><br>vs.<br><br>THE AMALGAMATED SUGAR COMPANY, LLC, an Idaho limited liability company,<br><br>　　　Defendant. | Case No.　 1:18-cv-00398-BLW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

COMES NOW the parties hereto, CORY CLIFTON, an individual, by and through his attorney of record, Kimberly L. Williams, of the firm Williams, Meservy & Larsen, LLP, and Defendant, THE AMALGAMATED SUGAR COMPANY, LLC, an Idaho limited liability company, by and through its attorney of record, Monica G. Cockerille, of the firm Cockerille Law Office, PLLC, and Thomas J. Lloyd, III, of the firm Elam & Burke, P.A., and do hereby stipulate that the above captioned matter be dismissed with prejudice.  The Plaintiff and Defendant further stipulate that each shall bear their respective attorneys' fees and costs incurred in this matter.

SO STIPULATED AND AGREED TO BY:

| WILLIAMS, MESERVY & LARSEN, LLP | COCKERILLE LAW OFFICE, PLLC |
|---|---|
| [signature] | /s/ *Monica G. Cockerille* |
| KIMBERLY L. WILLIAMS | MONICA G. COCKERILLE |
| Attorney for Plaintiff | Attorney for Defendant |
| Dated: April 2, 2020 | Dated: April 2, 2020 |

ELAM & BURKE, P.A.

/s/ *Thomas J. Lloyd, III*

THOMAS J. LLOYD, III
Attorney for Defendant
Dated: April 2, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2020, I caused a true and correct copy of the foregoing document to be served upon the following person(s) in the manner indicated below:

| | |
|---|---|
| Monica G. Cockerille<br>Cockerille Law Office, PLLC<br>2291 N. 31st Street<br>Boise, ID 83703 | ☒ Efile/Eservice |
| Thomas J. Lloyd, III<br>Elam & Burke, P.A.<br>251 E. Front Street, Suite 300<br>P.O. Box 1539<br>Boise, ID 83701 | ☒ Efile/Eservice |

[signature]

KIMBERLY L. WILLIAMS