UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CORY CLIFTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE AMALGAMATED SUGAR COMPANY, LLC, an Idaho limited liability company,<br><br>Defendant. | Case No. 1:18-cv-00398-BLW<br><br>**ORDER OF DISMISSAL** |

In consideration of the parties' Stipulation of Dismissal (Dkt. 38), IT IS HEREBY ORDERED, and this does order that this matter shall be dismissed, with prejudice, with the parties to each bear their own respective attorneys' fees and costs incurred in this matter.

The Clerk is also hereby ordered to close the case.

DATED: **May 19, 2020**

B. Lynn Winmill
United States District Judge

**ORDER OF DISMISSAL - 1**